**No. 61932.**—Traveler Trading Co. v. United States, protests 278242–K (B) and 281282–K (B) (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.

**No. 61933.**—Mondial Co., Inc., et al. v. United States, protests 318883–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of sprats in oil, packed in tins, similar in all material respects to those the subject of *Arnold Sorensin Co., Inc., et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

**No. 61934.**—Bluefries New York, Inc., et al. v. United States, protests 177081–K, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise and the issues are the same in all material respects as those the subject of *Bluefries New York, Inc.* v. *United States* (39 Cust. Ct. 79, C. D. 1909), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. §2636 (d)). *United States* v. *William Heyer*, 31 C. C. P. A. 111, C. A. D. 259, followed.

BEFORE THE SECOND DIVISION, MAY 15, 1958

**No. 61935.**—Atwood Vacuum Machine Company v. United States, protest 259191–K/14299 (New Orleans).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of plate steel similar in all material respects to that the subject of Abstract 61049, the claim of the plaintiff was sustained.